**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form NDC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Jose Roberto Calderon | Case No.: 10–34500 DM 7 |
| Debtor(s) | Chapter: 7 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

    **Notice is given** the debtor(s) having failed to comply with this court's NOTICE OF FAILURE OF DEBTOR(S) TO PROVIDE STATEMENT OF SOCIAL SECURITY NUMBER AND/OR LIST OF CREDITORS , filed on 11/16/10 , it is ordered that this case is hereby **dismissed**.

Dated: 12/2/10

By the Court:

Dennis Montali
United States Bankruptcy Judge